UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS W.S. RICHEY, | ) |
| | ) NO. C13-5231 BHS-KLS |
| Petitioner, | ) |
| | ) |
| vs. | ) ORDER GRANTING PETITIONER'S |
| | ) UNOPPOSED MOTION TO EXTEND |
| MIKE OBENLAND, SUPERINTENDENT, | ) TIME TO FILE RESPONSE AND TO RE- |
| CLALLAM BAY CORRECTIONS | ) SET NOTING DATE |
| CENTER, | ) |
| | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed the record and Petitioner's Unopposed Motion to Extend Time to File Response and to Re-Set Noting Date (Dkt. 42), does hereby find and **ORDER**:

1. Petitioner's motion (Dkt. 42) is GRANTED.

2. Petitioner shall file his Response by **July 20, 2015**. The Clerk shall **re-note** the habeas petition for **July 24, 2015**.

3. The Clerk of the Court shall send uncertified copies of this Order to Petitioner and to counsel for Respondent.

DATED this 8th day of June, 2015.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1